No. 368. RISS & COMPANY, INC. v. UNITED STATES ET AL. October 25, 1943.

710

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed on the authority of *Gregg Cartage Co.* v. *United States,* 316 U. S. 74. Dissenting: MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS. *Messrs. H. D. Driscoll* and *H. Russell Bishop* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.